# EXHIBIT A

| AOC-E-105 Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **17-CI-006245**<br>Court: **CIRCUIT**<br>County: **JEFFERSON Circuit** |
|---|---|---|

*Plantiff,* **LANGHAMMER, CHASIETY VS. HARTFORD LIFE AND ACCIDENT INSURANC**, *Defendant*

TO:  **CT CORPORATION SYSTEM**
**306 WEST MAIN STREET**
**SUITE 512**
**FRANKFORT, KY 40601**

Memo: Related party is HARTFORD LIFE AND ACCIDENT INSURANCE COMP

The Commonwealth of Kentucky to Defendant:
**HARTFORD LIFE AND ACCIDENT INSURANCE COMP**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David L. Nicholson, Jefferson Circuit Clerk
Date: 11/22/2017

Presiding Judge: HON. MARY SHAW (630277)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

Summons ID: 7677565633054@00000847038
CIRCUIT: 17-CI-006245 Certified Mail
LANGHAMMER, CHASIETY VS. HARTFORD LIFE AND ACCIDENT INSURANC



Page 1 of 1

eFiled

Filed     17-CI-006245    11/22/2017      David L. Nicholson, Jefferson Circuit Clerk

CASE NUMBER _____

JEFFERSON CIRCUIT COURT
DIVISION _____
JUDGE _____

*Electronically Filed*

**CHASIETY LANGHAMMER, as administrator
Of the Estate of RICHARD LANGHAMMER, deceased**

                                                                                      PLAINTIFF

VS.                        **COMPLAINT**

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
CT Corporation System
306 West Main Street
Suite 512
Frankfort, KY 40601                                                      DEFENDANT

\*\* \*\*   \*\* \*\*   \*\* \*\*   \*\* \*\*   \*\* \*\*

        Comes now the Plaintiff, by counsel, and for her cause of action against the Defendant states as follows:

        1)      That at all times relevant hereto the plaintiff Chasiety Langhammer is the administrator of the Estate of Richard Langhammer and being appointed by Court Order on October 3, 2017.

        2)      That the defendant is an insurance company actively transacting business in the Commonwealth of Kentucky.

        3)      That at all times relevant hereto, the decedent, Richard Langhammer was a resident of the State of Kentucky.

        4)      That the decedent, Richard Langhammer and the defendant, Hartford Life and Accident Insurance Company entered into a contract of insurance, for a valuable consideration, that being any premium paid by the plaintiff or through his employer, defendant promised to pay to his beneficiary, accidental death benefits should the decedent Richard Langhammer die of causes that are not natural.

        5)      That on or about June 18, 2017 the decedent Mr. Langhammer died as a result of an accident.

Filed     17-CI-006245    11/22/2017      David L. Nicholson, Jefferson Circuit Clerk

Filed           17-CI-006245   11/22/2017           David L. Nicholson, Jefferson Circuit Clerk

6)   That the Estate has made proper demand has been Hartford to pay the accidental life insurance policy proceeds pursuant to the contract of insurance, however the defendant has wrongfully refused to pay said accidental death policy thus breaching the contract of insurance.

7)   That the wrongful denial of the death benefits is clearly in breach of the contract of insurance held with Hartford and Richard Langhammer in that Hartford has denied the claim intentionally and/or wrongfully.

8)   That as a direct and proximate result of the wrongful denial of the accidental death benefits, the decedent Richard Langhammer's Estate and/or his beneficiaries have been denied the policy proceeds, all to their damage.

9)   That the policy proceeds exceed the minimum jurisdictional limits of the Circuit Court.

**WHEREFORE**, the Plaintiff demands as follows:

1)   Judgment against the Defendant in an amount to compensate her for her damages;

2)   For interest on all applicable payments not made by the defendant;

3)   For an attorney fee incurred in the prosecution of this action;

4)   A trial by jury on all issues triable;

5)   Her costs expended; and

6)   All other necessary and proper relief to which she may appear to be entitled.

Respectfully submitted,

_____
Timothy R. McCarthy, Esq.
Nutt Law Office
462 South Fourth Avenue
Suite 550
Louisville, Kentucky 40202
(502) 589-0635
(502) 589-8891
tim@nuttlaw.com

Package:000004 of 000004   Presiding Judge: HON. MARY SHAW (630277)   Package : 000004 of 000004

Filed           17-CI-006245   11/22/2017           David L. Nicholson, Jefferson Circuit Clerk