IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

CHASIETY LANGHAMMER, as administrator )
Of the Estate of )
RICHARD LANGHAMMER, deceased )
    PLAINTIFF )
   )
   )  Civil Action No: 3:17-CV-771-CRS
   )
HARTFORD LIFE AND ACCIDENT )
INSURANCE COMPANY )
    DEFENDANT )

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

# AMENDED COMPLAINT

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes now the Plaintiff, by counsel, and for her cause of action against the Defendant states as follows:

1) That the Plaintiff reiterates each and every allegation as set forth in the original complaint.

2) That the breach of the employee agreement between the decedent, Richard Langhammer and Defendant Hartford was wrongful, not supported by any creditable evidence, was arbitrary and capricious and had no legal or factual basis in violation of 29 USC Section 1132 etseq. (ERISA)

**WHEREFORE**, the Plaintiff demands as follows:

1) Judgment against the Defendant in an amount to compensate her for her damages;

2) For interest on all applicable payments not made by the defendant;

3) For an attorney fee incurred in the prosecution of this action;

4)      Her costs expended; and

5)      All other necessary and proper relief to which she may appear to be entitled.

                                                        Respectfully submitted,

                                                  /s/ Timothy McCarthy
                                                  Timothy R. McCarthy, Esq.
                                                  Nutt Law Office
                                                  462 South Fourth Avenue
                                                  Suite 1750
                                                  Louisville, Kentucky 40202
                                                  (502) 589-0635
                                                  (502) 589-8891
                                                  tim@nuttlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was delivered via electronically via the CM/ECF System on the 12th day of January, 2018 to the following person(s):

William B. Wahlheim, Jr.
Maynard, Cooper & Gale
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL  35203

                                                  /s/ Timothy McCarthy
                                                  Timothy R. McCarthy, Esq.