UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| CHASIETY LANGHAMMER, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:17-CV-771-CHB |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL WITH** |
| HARTFORD LIFE AND ACCIDENT ) | **PREJUDICE** |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

*** *** *** ***

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice [R. 29] of each of plaintiff's claims against the defendant in this matter, signed by all parties who have appeared pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii).  Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

December 14, 2018

*Claria Horn Boom*

Claria Boom, District Judge
United States District Court

cc:     Counsel of Record